IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01315-REB-CBS

JOHN L. DYNAN III,
    Plaintiff,
v.

DEPARTMENT OF DEFENSE, DEFENSE INTELLIGENCE AGENCY,
MARGARET A. BESTRAIN, Chief, Public Access Branch, DIA,
BRIAN S. KINSEY, Signator for Chief, Public Access Branch, DIA, and
JOHN AND JANE DOES, whose true names are unknown, who are now, or were "Custodian of Documents," or the functional equivalent of "Custodian of Documents" for the Defense Intelligence Agency at any time in the period January 1, 1995 to May 30, 2008,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

This civil action came before the court on September 8, 2008 at 10:00 a.m. for a Rule 16(b) Scheduling and Planning Conference. Mr. Dynan, proceeding in this action in his *pro se* capacity, did not appear. At approximately 9:10 a.m. on September 8, 2008, Mr. Dynan submitted to defense counsel, Mr. Jafek, by facsimile "Plaintiff's Unopposed Motion to Withdraw Complaint Against DOD/DIA et al." (*See* doc. # 16). The court has reviewed Mr. Dynan's submission, the entire case file, and the applicable law, and is sufficiently advised in the premises.

Fed. R. Civ. P. Rule 41(a)(1)(A) provides that an action may be dismissed by the plaintiff "without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation of dismissal signed by all parties who have appeared." As Defendants Department of Defense, Defense

1

Intelligence Agency (DIA), Margaret Bestrain, and Brian Kinsey filed their Answer on August 22, 2008 (*see* doc. # 14), Mr. Dynan may withdraw his Complaint by submitting a stipulation of dismissal signed by all parties who have appeared. Accordingly,

IT IS ORDERED that:

1. The Rule 16(b) Scheduling and Planning Conference is hereby **reset to Thursday September 25, 2008 at 10:45 a.m.** in Courtroom A-402, Fourth Floor, Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Denver, Colorado.

2. *If, **on or before September 24, 2008**, the parties submit a stipulation of dismissal signed by all parties who have appeared, the court will vacate the September 25, 2008 Rule 16(b) Scheduling and Planning Conference.*

DATED at Denver, Colorado, this 8th day of September, 2008.

BY THE COURT:

s/ Craig B. Shaffer
United States Magistrate Judge