IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-01315-REB-CBS

JOHN L. DYNAN, III,

    Plaintiff,

v.

DEPARTMENT OF DEFENSE, DEFENSE INTELLIGENCE AGENCY ("DIA"),
MARGARET A. BESTRAIN, Chief, Public Access Branch, DIA,
BRIAN S. KINSEY, Signator for Chief, Public Access Branch, DIA,
JOHN and JANE DOE(S) whose true names are unknown, who are now or were "Custodians of Documents," or the functional equivalent of "Custodian of Documents," for the DIA at any time in the period January 1, 1995 to May 30, 2008,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter comes before the court on the parties' **Stipulation of Dismissal** [#19] filed September 23, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal** [#19] filed September 23, 2008, is **APPROVED**; and

    2. That this action is **DISMISSED WITHOUT PREJUDICE**.

    Dated September 29, 2008, at Denver, Colorado.

                                    **BY THE COURT:**

                                    **s/ Robert E. Blackburn**
                                    **Robert E. Blackburn**
                                    **United States District Judge**